IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. OPPELT, et al., Plaintiffs, | : : : | CIVIL ACTION |
| v. | : | No. 2:09-cv-4367 |
| CHESTER J. CAPINSKI, JR., et al., Defendants. | : : : | |
| CAPOW, INC., d/b/a EASTERN STATES STEEL, Plaintiff, | : : : | CIVIL ACTION |
| v. | : | No. 2:09-cv-4460 |
| MICHAEL J. OPPELT, et al., Defendants. | : : : | |
| CHESTER J. CAPINSKI, JR., Plaintiff, | : : : | CIVIL ACTION |
| v. | : | No. 2:09-cv-4461 |
| MICHAEL J. OPPELT, et al., Defendants. | : : : | |

## ORDER

**AND NOW,** this 1st day of October, 2009, it is hereby **ORDERED** that a Rule 16 Conference is scheduled for 11:00 a.m. on Monday, November 16, 2009, in Chambers, Room 4000. Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.

                                                **BY THE COURT:**

                                                /s/ Mitchell S. Goldberg

                                                _____
                                                **Mitchell S. Goldberg, J.**